IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA,    )
                             )
          Petitioner,        )
                             )
     v.                      )     1:16MC22
                             )
FOR ALL OCCASIONS, LTD.,     )
                             )
          Respondent.        )

**ORDER**

On September 1, 2016, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 5, 6.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

In the Recommendation, the Magistrate Judge recommended that an Order be entered compelling Respondent For All Occasions, Ltd., to obey and fully comply with the Internal Revenue Service Summons by producing to Revenue Officer C.R. Smith, or any other person designated by the IRS, all books, papers, records, and other data that are demanded by the Summons and that are in its possession, custody, or control, by September 30, 2016. (Doc. 5.) On September 30, 2016, the United

States filed a Notice of Compliance (Doc. 7) indicating that Respondent For All Occasions, Ltd., provided documents and records in accordance with the Summons issued to it on July 29, 2015.

**IT IS THEREFORE ORDERED** that due to Respondent's compliance and no further action nor documentation is needed at this time, this matter is terminated.

This the 3rd day of October, 2016.

/s/ William L. Osteen, Jr.
_____
United States District Judge